UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Terry S. Johnston, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Kilolo Kijakazi , ) <br> Acting Commissioner of Social Security, ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 4:22-cv-00337-PLC |

**ORDER**

The above styled and numbered case was opened on March 22, 2022 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Matthew T. Schelp, United States District Judge, under cause number 2:22-cv-00014-MTS.

**IT IS FURTHER ORDERED** that cause number 4:22-cv-00337-PLC be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 23, 2022            By: /s/ Michele Crayton
                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:22-cv-00014-MTS.**